**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**TELEFLEX INCORPORATED,**

    Plaintiff,

vs.

**KSR INTERNATIONAL CO.,**

    Defendant.

Case No: 02-74586
Hon. Lawrence P. Zatkoff

Magistrate Judge Pepe

---

RODGER D. YOUNG (P22652)
STEVEN SUSSER (P52940)
DAVID J. POIRIER (P62928)
**YOUNG & SUSSER, P.C.**
26200 American Drive
Suite 305
Southfield, MI 48034
(248) 353-8620
*Attorneys for Plaintiff*

ROBERT M. KALEC (P38677)
**DEAN & FULKERSON, P.C.**
801 W. Big Beaver Road, 5th Floor
Troy, MI 48084
(248) 362-1300
*Attorney for Defendant*

FILED
2002 DEC 11 P 1:51

---

### KSR INTERNATIONAL CO.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR PATENT INFRINGEMENT AND RELIANCE ON JURY DEMAND

Defendant, KSR International Co. ("KSR"), by and through its attorneys, Dean & Fulkerson, P.C., responds and answers the Complaint for Patent Infringement as follows:

### PARTIES

1.    Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and therefore they are denied.

2.    The allegations in paragraph 2 are admitted.

## JURISDICTION

3. The allegations contained in paragraph 3 are conclusions of law, not statements of fact to which an answer is required. To the extent an answer is deemed to be required the allegations are denied.

4. The allegations contained in paragraph 4 are conclusions of law, not statements of fact to which an answer is required. To the extent an answer is deemed to be required the allegations are denied.

5. The allegations contained in paragraph 5 are conclusions of law, not statements of fact to which an answer is required. To the extent an answer is deemed to be required the allegations are denied.

## COUNT I
## INFRINGEMENT OF '565 PATENT

6. Defendant incorporates by reference its answers to paragraphs 1 through 5, as if fully set forth herein.

7. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 7, and therefore they are denied.

8. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 8, and therefore they are denied.

9. The allegations in paragraph 9 are denied.

10. The allegations in paragraph 10 are denied.

11. The allegations in paragraph 11 are denied.

DEAN & FULKERSON
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION
FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48081-4767
(248) 362-1300

12. The allegations in paragraph 12 are denied.

13. The allegations in paragraph 13 are denied.

### COUNT II
### INFRINGEMENT OF '239 PATENT

14. Defendant incorporates by reference its answers to paragraphs 1 through 13, as if fully set forth herein.

15. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 15, and therefore they are denied.

16. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 16, and therefore they are denied.

17. The allegations in paragraph 17 are denied.

18. The allegations in paragraph 18 are denied.

19. The allegations in paragraph 19 are denied.

20. The allegations in paragraph 20 are denied.

21. The allegations in paragraph 21 are denied.

### COUNT III
### INFRINGEMENT OF '695 PATENT

22. Defendant incorporates by reference its answers to paragraphs 1 through 21, as if full set forth herein.

23. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 23, and therefore they are denied.

DEAN & FULKERSON
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION
FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-4767
(248) 362-1300

24. Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in paragraph 24, and therefore they are denied.

25. The allegations in paragraph 25 are denied.

26. The allegations in paragraph 26 are denied.

27. The allegations in paragraph 27 are denied.

28. The allegations in paragraph 28 are denied.

29. The allegations in paragraph 29 are denied.

The prayer for relief, in whole and in all of its sub-parts, is not an allegation of fact to which an answer is required. To the extent an answer is deemed to be required, the demand for relief is denied in whole and in all of its sub-parts.

## AFFIRMATIVE DEFENSES

1. U.S. Patent No. 6,237,565 is unenforceable.

2. U.S. Patent No. 6,237,565 is invalid for failure to meet or to comply with one or more requirements of Title 35 of the United States Code.

3. U.S. Patent No. 6,237,565 has not been infringed by any product that Defendant makes, uses, sells or has caused to be made, used or sold.

4. U.S. Patent No. 6,305,239 B1 is unenforceable.

5. U.S. Patent No. 6,305,239 B1 is invalid for failure to meet or to comply with one or more requirements of Title 35 of the United States Code.

6. U.S. Patent No. 6,305,239 B1 has not been infringed by any product that Defendant makes, uses, sells or has caused to be made, used or sold.

7. U.S. Patent No. 6,374,695 is unenforceable.

-4-

DEAN & FULKERSON
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION
FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-4767
(248) 362-1300

8. U.S. Patent No. 6,374,695 is invalid for failure to meet or to comply with one or more requirements of Title 35 of the United States Code.

9. U.S. Patent No. 6,374,695 has not been infringed by any product that Defendant makes, uses, sells or has caused to be made, used or sold.

WHEREFORE, Defendant, KSR International Co., requests that the Complaint be dismissed with prejudice, and that it be awarded its costs and attorneys fees and such other relief as the Court deems appropriate.

Respectfully submitted,

**DEAN & FULKERSON, P.C.**

By: /s/ Robert M. Kalec
Robert M. Kalec (P38677)
*Attorney for Defendant*
801 W. Big Beaver Road, 5th Floor
Troy, MI 48084
(248) 362-1300

Dated: December 11, 2002

-5-

## RELIANCE ON JURY DEMAND

NOW COMES Defendant, KSR International Co., by and through its attorneys, Dean & Fulkerson, P.C., and hereby relies upon the demand for jury trial previously filed by Plaintiff in the above-entitled cause.

Respectfully submitted,

**DEAN & FULKERSON, P.C.**

By: _____
Robert M. Kalec (P38677)
*Attorney for Defendant*
801 W. Big Beaver Road, 5th Floor
Troy, MI 48084
(248) 362-1300

Dated: December 11, 2002

-6-

## CERTIFICATE OF SERVICE

I certify that on December 11, 2002, I caused a copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR PATENT INFRINGEMENT AND RELIANCE ON JURY DEMAND** to be served upon plaintiff by first class mail, postage prepaid and addressed as follows:

> Rodger D. Young, Esq.
> Steven Susser, Esq.
> David J. Poirier, Esq.
> **YOUNG & SUSSER, P.C.**
> 26200 American Drive
> Suite 305
> Southfield, MI 48034

BONITA K. CRISON

DEAN & FULKERSON
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION
FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-1767
(248) 362-1300