NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1152

TELEFLEX, INCORPORATED and
TECHNOLOGY HOLDING COMPANY,

Plaintiffs-Appellants,

v.

KSR INTERNATIONAL CO.,

Defendant-Appellee.



02-74586

FILED
JUL 16 2007
CLERK'S OFFICE
DETROIT

Before MAYER, SCHALL, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

### ORDER

In Teleflex Inc. v. KSR International, Co., 119 Fed. Appx. 282 (Fed. Cir. 2005), this court reversed the decision of the United States District Court for the Eastern District of Michigan that granted summary judgment in favor of KSR that claim 4 of Teleflex's U.S Patent No. 6,237,565 B1 is invalid by reason of obviousness. In KSR International Co. v. Teleflex, Inc., 127 S. Ct. 1727 (2007), the Supreme Court of the United States reversed the judgment of this court and remanded the case to this court for further proceedings consistent with the Court's opinion.

UPON CONSIDERATION OF THE DECISION OF THE SUPREME COURT, it is ORDERED that the judgment of the district court be, and the same hereby is, AFFIRMED.

FOR THE COURT

June 20, 2007
Date

Alvin A. Schall
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 20 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** JUL 1 1 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 7/11/07

2004-1152